### JOHNSON v. STATE.
#### No. 19735.

Court of Criminal Appeals of Texas.
April 13, 1938.
Rehearing Denied May 18, 1938.

Gray & Pope, of Tyler, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale in dry territory; punishment being a fine of $500 and sixty days in jail.

The record contains no statement of facts. The only bill of exception questions the sufficiency of the complaint and information. We fail to discover any material defect in the state's pleading.

The judgment is affirmed.

### On Motion for Rehearing.

GRAVES, Judge.

Appellant presents no new matter in his motion for rehearing, and under our belief that this case was properly disposed of in our original opinion, this motion is overruled.